**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RUSSELL GALLAHER,**

          **Plaintiff,**

**-vs-**                                            **Case No. 6:11-cv-163-Orl-31GJK**

**REDLINE RECOVERY SERVICES, LLC,**

          **Defendant.**

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 7), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 25, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party